**Order filed July 26, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00299-CV

_____

**WOODY K. LESIKAR AS EXECUTOR OF THE ESTATE OF WOODROW V. LESIKAR AND WOODY K. LESIKAR AS TRUSTEE OF THE WOODROW V. LESIKAR FAMILY TRUST AND WOODY K. LESIKAR AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST, Appellant**

**V.**

**CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 320200149**

## O R D E R

No reporter's record has been filed in this case. The two court reporters involved in this case, Stacy Thomas and Robin Rios, informed this court that appellant had not made arrangements for payment for the reporter's record. On May 6, 2016, and June 29, 2016, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless

appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal by **August 25, 2016**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM